UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**JOSEPH CLARK,**                                              3:24-CV-00002-ARS

    PLAINTIFF,

v.                                                             **NOTICE OF DISMISSAL**

**HOSPITALITY CONCEPTS, LLC,** et al.,

    DEFENDANT.

Now comes the plaintiff, Joseph Clark, by and through pro-se, and hereby voluntarily dismisses this case.

                      Respectfully submitted,

                      _____
                      **Joseph Clark**
                      Plaintiff (Pro-se)
                      P.O. Box 2205
                      Minot, North Dakota  58702

**Certificate of Service**

Copy mailed to defendants and counsel of record this April 19, 2024.

_____
Joseph Clark