# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Joseph Clark, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Hospitality Concepts, LLC, Fargo Sunrise ) <br> Hotel, LLC, Rockstar Lodging #1 and #2, ) <br> Inc., Christianson Companies, Inc., Johal ) <br> Hospitality, LLC, Advanced Hospitality, ) <br> Inc., and Gurunivas, LLC, ) <br> ) <br> Defendants. ) | Case No. 3:24-cv-2 <br><br> **ORDER** |

Plaintiff Joseph Clark, proceeding pro se, filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). (Doc. 6). The court **ADOPTS** the notice of voluntary dismissal and **ORDERS** that the case be dismissed without prejudice.

Dated this 23rd day of April, 2024.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge